IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

MARCUS MANN,

    Petitioner,

v.                                                                                                                             No. 1:16-cv-01153-JDB-egb

UNITED STATES OF AMERICA,

    Respondent.

_____

ORDER DIRECTING GOVERNMENT TO RESPOND
_____

On June 16, 2016, the Petitioner, Marcus Mann, filed a motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255 ("Petition"). (Docket Entry ("D.E.") 1.) On August 23, 2017, the United States Probation Office issued a memorandum addressing, among other things, the impact of the recent decision of the Sixth Circuit Court of Appeals in *United States v. Stitt*, 860 F.3d 854 (6th Cir. 2017), on this case. The Government is DIRECTED, within eleven days of the entry of this order, to respond to the Petition in light of *Stitt*.

IT IS SO ORDERED this 19th day of September 2017.

                                                                                             s/ J. DANIEL BREEN
                                                                                             UNITED STATES DISTRICT JUDGE