IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

MARCUS MANN,

    Petitioner,

v.                                                                                            No. 1:16-cv-01153-JDB-egb
                                                                                               No. 1:11-cr-10015-JDB-1

UNITED STATES OF AMERICA,

    Respondent.

_____

ORDER GRANTING MOTION TO VACATE, SET ASIDE, OR CORRECT SENTENCE
UNDER 28 U.S.C. § 2255
_____

      A motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255 was filed by the Petitioner, Marcus Mann, on June 16, 2016 (the "Petition"). (Case Number 16-cv-1153, Docket Entry ("D.E.") 1.) On August 23, 2017, the United States Probation Office issued a memorandum addressing, among other things, the impact of the recent decision of the Sixth Circuit Court of Appeals in *United States v. Stitt*, 860 F.3d 854 (6th Cir. 2017), on this case. The Court ordered on September 19, 2017, that the Government respond to the Petition in light of *Stitt*. (*Id.*, D.E. 7.) The Government submitted its response on September 29, 2017, conceding that, in light of the decision, the relief sought by Mann may be warranted. (*Id.*, D.E. 8.)

      For good cause shown, the Petition is GRANTED. Further, the Clerk is DIRECTED to enter an order of production and set a resentencing hearing in case number 1:11-cr-10015-JDB-1.

      IT IS SO ORDERED this 20th day of October 2017.

                                                                        s/ J. DANIEL BREEN
                                                                    UNITED STATES DISTRICT JUDGE